


IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DuShawn Terrell

**Plaintiff.**  Case# 1:24-cv-09774

v.

Tobais Houston and;  Manish S. Shah

City of Chicago  **Presiding Judge**

**Defendant.**

## AFFIDAVIT OF DUSHAWN TERRELL ADMISSIONS

**I, DuShawn Terrell,** being first duly sworn upon oath, depose and state as follows:

1. I am the **Plaintiff** in the above-captioned matter.
2. I have personal knowledge of the facts and matters set forth herein.

   **Admissions Regarding the Arrest:**

   3. The Defendant Officer Tobais Houston was on duty on 6/06/2024 at approximately 9:41 p.m.

   4. The defendant officer was assigned to District 009.

   5. The plaintiff was at 5057 S. Ashland Ave., Chicago,Il. 092-Alley on June 06, 2024 at approximately 9:41 p.m.

   6. The defendant officer approached the plaintiff.

   7. The defendant officer did not have a warrant for the plaintiff's arrest.

   8. The defendant officer did not have probable cause to arrest the plaintiff.

9. The defendant officer used force to arrest the plaintiff.

10. The force used by the defendant officer was excessive and unreasonable.

11. The plaintiff did not resist arrest.

12. The plaintiff did not pose an immediate threat to the officer or others.

13. The plaintiff was injured as a result of the defendant officer's use of force.

14. The plaintiff's injuries required medical attention.

15. The plaintiff suffered emotional distress as a result of the incident.

### Admissions Regarding the Nolle Prosequi:

16. On November 14th, 2024 the criminal charges against the plaintiff were dismissed.

17. The charges were dismissed nolle prosequi.

18. The dismissal of the charges indicates that the prosecution did not have sufficient evidence to proceed with the case.

19. The dismissal of the charges suggests that the arrest was unlawful.

### Admissions Regarding the Officer's Conduct:

20. The defendant officer failed to de-escalate the situation.

22. The defendant officer failed to follow departmental policies and procedures.

23. The defendant officer failed to document the incident accurately.

24. The defendant officer failed to obtain a warrant for the plaintiff's arrest.

25. The defendant officer failed to inform the plaintiff of their rights.

27. The defendant officer's actions were a violation of the plaintiff's civil rights.

**Further Affiant sayeth not.**

**DATED:** 03/12/2025

*DuShawn Terrell*

/s/ *DuShawn Terrell*

**Dushawn Terrell**

**5921 S. Emerald ave.**

**Rm. 119-1**

**Chicago, IL. 60621**

**(312) 898-5627**

**ospforty.360@gmail.com**

Subscribed and sworn to before me this 21st day of March, 2025.

/s/ **Notary Public** Notary Public  *Karinne Mazon*

My Commission Expires: 12/22/2026

"OFFICIAL SEAL"
KARINNE MAZON
Notary Public, State of Illinois
My Commission Expires Dec. 22, 2026