# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION



FILED

MAR 21 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

DuShawn Terrell,

**Plaintiff.**

V.

Tobais Houston,

**Defendant.**

Case# 1:24-cv-09774

Manish S. Shah

**Presiding Judge**

## INTERROGATORIES FOR DEFENDANT OFFICER TOBAIS HOUSTON #10647

1. Identify yourself, including your full name, badge number, and current rank within the police department.
2. Describe your employment history with the police department, including dates of service and positions held.
3. Explain your understanding of 725 ILCS 5/107-14 and its requirements for temporary questioning without arrest.
4. Detail the training you have received related to 725 ILCS 5/107-14.
5. Did the Plaintiff have a warrant for his arrest on June 06, 2024?
6. State the specific reasons for stopping Plaintiff Dushawn Terrell under 725 ILCS 5/107-14.
7. Describe any use of force techniques or equipment you utilized during the stop and explain the justification for their use.
8. Identify any other officers present at the scene and their respective roles during the stop.
9. Describe any injuries you observed on Plaintiff Dushawn Terrell during or after the stop.
10. Did you provide or request medical assistance for Plaintiff Dushawn Terrell following the incident? If so, please describe.

11. Describe the training you have received related to the use of force, de-escalation techniques, and handling of detainees.
12. Were you wearing a body camera during the incident? If so, provide details on the footage recorded.
13. Can you explain any discrepancies/inaccuracies between your report and the footage, if any?
14. State whether any disciplinary actions have been taken against you in connection with the incident.
15. Were you aware of any potential risks or threats posed by Plaintiff Dushawn Terrell during the incident? If so, please describe.
16. Describe the method of transport and handling of Plaintiff Dushawn Terrell after the stop was completed.
17. Explain how you documented the incident in your official capacity and any steps you took to preserve evidence.
18. Describe any training you have received related to recognizing and accommodating individuals with mental health conditions.
19. Explain your understanding of the use of force continuum and how it applied to the stop of Plaintiff Dushawn Terrell.
20. Describe any communications you had with other supervisors or department heads regarding the incident.
21. Did you observe the asportation of $30 worth of alcoholic beverages in possession of the plaintiff?
22. Explain your understanding of the legal standards for temporary questioning without arrest and how they were applied in this case.
23. Identify any legal grounds for the use of force during the stop and any evidence supporting those grounds.
24. Did you review the store's surveillance footage before obtaining the receipt? If not, please explain why?
25. Did you carefully compare the transactions listed on the present receipt with the store official records/inventory? If not, please explain why.

*DuShawn Terrell   3/21/2025*