# Ex. 1

## Officer Houston Military Leave Form

# MILITARY LEAVE OF ABSENCE
CHICAGO POLICE DEPARTMENT

| TODAY'S DATE |
|---|
| 2/25/25 |

| MEMBER TO BE AFFECTED (LAST NAME - FIRST - M.I.) | STAR/BADGE NO | EMPLOYEE NO | UNIT ASSIGNED |
|---|---|---|---|
| Houston Tobias M | 10647 | 122778 | 009 |

| EFFECTIVE DATE | JOB TITLE |
|---|---|
| 24 March 25 | Police Officer |

## TYPE OF ACTION

| CHECK TYPE OF ACTION HERE (DO NOT CHECK MORE THAN ONE BOX) | INFORMATION REQUIRED (ENTER INFORMATION IN THE "REMARKS SECTION" BELOW) | SIGNATURES REQUIRED |
|---|---|---|
| ☐ ANNUAL TRAINING | GIVE DATES, ATTACH COPY OF OFFICIAL ORDER (Complete Absence Summary Section #2) | MEMBER, UNIT C.O., HRD DIRECTOR |
| ☒ BASIC TRAINING | GIVE DATES, ATTACH COPY OF OFFICIAL ORDER (Complete Absence Summary Section #2) | MEMBER, UNIT C.O., HRD DIRECTOR |
| ☐ INACTIVE DUTY FOR TRAINING (WEEKEND DRILLS) | GIVE DATES, ATTACH COPY OF OFFICIAL ORDER (Complete Absence Summary Section #1 and #2) | MEMBER, UNIT C.O., HRD DIRECTOR |
| ☐ MOBILIZATION TO ACTIVE DUTY | GIVE DATES, ATTACH COPY OF OFFICIAL ORDER, PER 78, PER 73-A, POWER OF ATTORNEY FORM AND AFFIDAVIT (Complete Absence Summary Section #2) | MEMBER, UNIT C.O., HRD DIRECTOR |
| ☐ SPECIAL OR ADVANCED TRAINING | GIVE DATES, ATTACH COPY OF OFFICIAL ORDER. (Complete Absence Summary Section #1 and #2) | MEMBER, UNIT C.O., HRD DIRECTOR |
| ☐ LEAVE EXTENSION | GIVE DATES, ATTACH COPY OF OFFICIAL ORDER, PER 78, PER 73-A, POWER OF ATTORNEY FORM AND AFFIDAVIT (Complete Absence Summary Section #2) | MEMBER, UNIT C.O., HRD DIRECTOR |

## MILITARY INFORMATION

| MILITARY UNIT NAME | MILITARY RANK | GROSS MONTHLY BASE PAY | MILITARY C.O | MILITARY CONTACT PHONE NO. |
|---|---|---|---|---|
| Army Reserves | E4 | [redacted] | | [redacted] |

## REMARKS SECTION

3/24/25 - 9/24/25
17

## ABSENCE SUMMARY SECTION #1 (Complete prior to time of military leave)

Instructions: Insert the date for each day of the military leave of absence and circle the corresponding letters that indicate time status for that date. The legend is as follows: V= Vacation Day, CU= Comp Time, RDO= Regular Day Off, P= Personal Day, BFD= Baby Furlough Day, H= Holiday, MLDO= Military Leave Differential Option.

| # | Date | Selection | # | Date | Selection | # | Date | Selection |
|---|---|---|---|---|---|---|---|---|
| 1 | 24 Mar 25 | V CU RDO P BFD H (MLDO) | 11 | 3 April 25 | V CU RDO P BFD H (MLDO) | 21 | 13 April 25 | V CU RDO P BFD H (MLDO) |
| 2 | 25 Mar 25 | V CU RDO P BFD H (MLDO) | 12 | 4 April 25 | V CU RDO P BFD H (MLDO) | 22 | 14 April 25 | V CU RDO P BFD H (MLDO) |
| 3 | 26 Mar 25 | V CU RDO P BFD H (MLDO) | 13 | 5 April 25 | V CU RDO P BFD H (MLDO) | 23 | 15 April 25 | V CU RDO P BFD H (MLDO) |
| 4 | 27 Mar 25 | V CU RDO P BFD H (MLDO) | 14 | 6 April 25 | V CU RDO P BFD H (MLDO) | 24 | 16 April 25 | V CU RDO P BFD H (MLDO) |
| 5 | 28 Mar 25 | V CU RDO P BFD H (MLDO) | 15 | 7 April 25 | V CU RDO P BFD H (MLDO) | 25 | 17 April 25 | V CU RDO P BFD H (MLDO) |
| 6 | 29 Mar 25 | V CU RDO P BFD H (MLDO) | 16 | 8 April 25 | V CU RDO P BFD H (MLDO) | 26 | 18 April 25 | V CU RDO P BFD H (MLDO) |
| 7 | 30 Mar 25 | V CU RDO P BFD H (MLDO) | 17 | 9 April 25 | V CU RDO P BFD H (MLDO) | 27 | 19 April 25 | V CU RDO P BFD H (MLDO) |
| 8 | 31 Mar 25 | V CU RDO P BFD H (MLDO) | 18 | 10 April 25 | V CU RDO P BFD H (MLDO) | 28 | 20 April 25 | V CU RDO P BFD H (MLDO) |
| 9 | 1 April 25 | V CU RDO P BFD H (MLDO) | 19 | 11 April 25 | V CU RDO P BFD H (MLDO) | 29 | 21 April 25 | V CU RDO P BFD H (MLDO) |
| 10 | 2 April 25 | V CU RDO P BFD H (MLDO) | 20 | 12 April 25 | V CU RDO P BFD H (MLDO) | 30 | 22 April 25 | V CU RDO P BFD H (MLDO) |

## ABSENCE SUMMARY SECTION #2 (Complete prior to time of military leave)

Instructions: Insert the "Last Date Worked", the "Return-to-Duty Date", sign, date and obtain the designated supervisor's signature.

| Last Date Worked | Return-to-Duty Date | Signature of Member | Date | Signature of C.O. | Date | Signature of HRD Director | Date |
|---|---|---|---|---|---|---|---|
| 23 March 25 | 16 Sept 25 | /s/ | | | | /s/ | 26 Feb 25 |

## LEAVE OF ABSENCE AGREEMENT (Complete this agreement when requesting a military leave of absence more than 30 days.)

To Superintendent of Police

I hereby tender my resignation as _____ (Position or Rank) from the Department of Police, to take effect if I fail to report back to work after completion of service within the time limits established by the Uniformed Services Employment and Reemployment Rights Act _____ (Signature of Member)

I hereby accept the resignation of _____ because of failure to comply with the above agreement, this ____ day of _____ 20 ____
(Superintendent of Police) _____

CPD-11.840 (Rev. 11/14)   DISTRIBUTION: Original - Human Resources Division, Copy - Member's Unit, Copy - Finance, Copy - Member.